AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Brittany Waddell et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 3:20-cv-340-TSL-RHW |
| Tommy Taylor, Interim Commissioner of MDOC, et al | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tommy Taylor
Interim Commissioner
Mississippi Department of Corrections
301 North Lamar Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paloma Wu
Mississippi Center for Justice
5 Old River Place
Suite 203
Jackson MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Arthur Johnston
CLERK OF COURT

Date: 5/14/2020                                                         *L. Townsend*
                                                                        *Signature of Clerk or Deputy Clerk*



**Summons Receipt**

Received Date: 5-21 2020   Time: 4:47

Capitol Police: Smith Cld

I hand-delivered the attached Summons and Complaint on 5/21/2020.

Paloma Wu

*Lynn Fitch*
ATTORNEY GENERAL

March 20, 2020

# Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public.  As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B).  Summonses and subpoenas to be served on the Attorney General's Office should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgement of service.  However, you make take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency.  Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day.  If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney General Harold Pizzetta at 601-359-3816 or hpizz@ago.ms.gov.