UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| BRITTANY WADDELL, ROGER EWING, TONY SMITH, DANIEL HATTEN, DOUGLASS TRIPLETT, ERIK LEWIS, BOB HENDERSON, THOMAS HOLDER, and JAMARCUS DAVIS, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs, v.<br><br>TOMMY TAYLOR, in his official capacity as Interim Commissioner of the Mississippi Department of Corrections; RON KING, in his official capacity as Superintendent of Central Mississippi Correctional Facility; and JOE ERRINGTON, in his official capacity as Superintendent of South Mississippi Correctional Institution,<br><br>    Defendants. | 3:20-cv-0340-TSL-RHW |

**NOTICE OF WITHDRAWAL OF MOTION FOR
TEMPORARY RESTRAING ORDER AND
PRELIMINARY INJUNCTION AND
JOINT MOTION FOR STAY**

The parties, by and through counsel, hereby notify this Court of the withdrawal of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (docket entry number 6) and the terms under which that Motion is withdrawn. The parties also jointly request that this matter be stayed.

1. Plaintiffs filed this COVID-related prison conditions action seeking declaratory and injunctive relief on May 14, 2020. On May 25, 2020, Plaintiffs filed their Motion for Temporary Restraining Order and Preliminary Injunction [6].

2. Since the filing of Plaintiffs' pending motion, the parties have engaged in informal discovery and extensive settlement negotiations. As a result of those efforts, the parties have entered into an Agreement ("the Agreement") that, depending on compliance therewith, may finally resolve this matter.

3. Pursuant to the Agreement, Plaintiffs have agreed not to seek court action on the pending Motion for Temporary Restraining Order and Preliminary Injunction. Should Plaintiffs' counsel determine that the Agreement is not being adequately followed or is inadequate to protect their clients' interests, or should either party terminate the Agreement, the pending motion can be renewed by Plaintiffs. Defendants would then have 30 days within which to respond to both the Motion and Plaintiffs' Complaint, except that the Plaintiffs may ask the Court to order a different time for the motion response in light of the circumstances at hand.

4. Consistent with the terms of the Agreement and with consent of all parties, Plaintiffs hereby voluntarily withdraw their pending Motion for Temporary Restraining Order and Preliminary Injunction [6] and reserve the right to renew their motion, or an amended version thereof, should they deem it appropriate to do so.

5. The parties agree further that this action should be stayed until further order of this Court while the parties continue to pursue resolution. The parties will provide status reports to the Court as requested, either in writing or by way of status conference. Upon termination of the Agreement or a determination by the parties that the circumstances of the COVID-19 pandemic have changed such that the Agreement no longer is necessary or appropriate, the parties will so notify the Court.

Based on the foregoing, the Motion for Temporary Restraining Order is hereby withdrawn and the parties jointly request that this matter be stayed until further order of the Court.

Submitted this the 15th day of September, 2020.

        Respectfully submitted,

        *s/ Cliff Johnson*
        Cliff Johnson (MSB No. 9383)
        MacArthur Justice Center at the
        University of Mississippi School of Law
        481 Chucky Mullins Drive
        University, Mississippi 38677
        Tel:   (662) 915-6863
        Email:  cliff.johnson@macarturjustice.org

| | |
|---|---|
| Paloma Wu (Miss. Bar No. 105464)<br>Robert B. McDuff (Miss. Bar No. 2532)<br>MISSISSIPPI CENTER FOR JUSTICE<br>5 Old River Pl., Ste 203<br>Jackson, MS 39202<br>(601) 709-0857<br>pwu@mscenterforjustice.org<br>rmcduff@mscenterforjustice.org | Jonathan L. Abram<br>John P. Hamilton<br>HOGAN LOVELLS US LLP<br>Columbia Square, 555 Thirteenth Street, NW<br>Washington, District of Columbia, 20004<br>(202) 637-5600<br>jonathan.abram@hoganlovells.com<br>john.hamilton@hoganlovells.com |
| Mark Whitburn<br>WHITBURN & PEVSNER, PLLC<br>2000 E. Lamar Blvd., Suite 600<br>Arlington, TX 76016<br>(817) 653-4547<br>mwhitburn@whitburnpevsner.com | Madeleine R. Bech<br>HOGAN LOVELLS US LLP<br>3 Embarcadero Center, Suite 1500<br>San Francisco, California 94111<br>(415) 374-2300<br>madeleine.bech@hoganlovells.com |
| Joshua Tom (Miss. Bar No. 105392)<br>ACLU OF MISSISSIPPI<br>P.O. Box 2242<br>Jackson, MS 39225<br>(601) 354-3408<br>jtom@aclu-ms.org | *Attorneys for Plaintiffs* |
| Sydney C. Rupe<br>HOGAN LOVELLS US LLP<br>609 Main Street, Suite 4200<br>Houston, TX 77002<br>(713) 632-1400<br>sydney.rupe@hoganlovells.com | |

<div style="margin-left:40%">

s/ *William Trey Jones, II*
R. David Kaufman (MSB #3526)
dkaufman@brunini.com
William Trey Jones, III (MSB #99185)
tjones@brunini.com
Karen E. Howell (MSB #102243)
khowell@brunini.com
Cody C. Bailey (MSB #103718)
cbailey@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
BRUNINI, GRANTHAM,
GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902


 s/ *Douglas T. Miracle*
Douglas T. Miracle (Bar. No. 9648)
Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov


*Attorneys for Defendants*

</div>

03726723

## CERTIFICATE OF SERVICE

    I hereby certify that on this date the foregoing Notice and Motion was served via electronic mail by the court's ECF system on September 15, 2020, to all counsel of record in this matter.

    Dated: September 15, 2020

                                s/ *Cliff Johnson*
                                Cliff Johnson
                                Mississippi Bar No. 9383
                                MacArthur Justice Center
                                University of Mississippi School of Law 481 Chucky Mullins Drive
                                University, Mississippi 38677
                                Tel:   (662) 915-6863
                                Email: cliff.johnson@macarturjustice.org

03726723