## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| BRITTANY WADDELL, ROGER EWING, TONY SMITH, DANIEL HATTEN, DOUGLASS TRIPLETT, ERIK LEWIS, BOB HENDERSON, THOMAS HOLDER, and JAMARCUS DAVIS, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>TOMMY TAYLOR, in his official capacity as Interim Commissioner of the Mississippi Department of Corrections; RON KING, in his official capacity as Superintendent of Central Mississippi Correctional Facility; and JOE ERRINGTON, in his official capacity as Superintendent of South Mississippi Correctional Institution,<br><br>    Defendants. | Civil Action No. 3:20-cv-340-TSL-RPM |

## JOINT STIPULATION OF DISMISSAL

`        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this case jointly stipulate and agree that this action be dismissed without prejudice subject to Plaintiffs' right to reinstate it, as described in the parties' Second Memorandum of Understanding, attached hereto as Exhibit A. Each party will bear their own costs, expenses, and fees.

        IT IS SO AGREED, this 17th day of October, 2022.

For Plaintiffs BRITTANY WADDELL, ROGER EWING, TONY SMITH, DANIEL HATTEN, DOUGLASS TRIPLETT, ERIK LEWIS, BOB HENDERSON, THOMAS HOLDER, and JAMARCUS DAVIS:

/s/ Paloma Wu
Paloma Wu (Miss. Bar No. 105464)
Robert B. McDuff (Miss. Bar No. 2532)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
(601) 352-2269
pwu@mscenterforjustice.org
rmcduff@mscenterforjustice.org

Cliff Johnson (Miss. Bar No. 9383)
MACARTHUR JUSTICE CENTER
University of Mississippi School of Law
481 Chucky Mullins Drive
University, MS 38677
(662) 915-6863
cliff.johnson@macarthurjustice.org

Joshua Tom (Miss. Bar No. 105392)
ACLU OF MISSISSIPPI
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org

*Attorneys for Plaintiffs*

For Defendants TOMMY TAYLOR, in his official capacity as Interim Commissioner of the Mississippi Department of Corrections; RON KING, in his official capacity as Superintendent of Central Mississippi Correctional Facility; and JOE ERRINGTON, in his official capacity as Superintendent of South Mississippi Correctional Institution:

/s/ Cody C. Bailey
Cody C. Bailey (Miss. Bar No. 103718)
W. Trey Jones (Miss. Bar No. 99185)
Karen E. Howell (Miss. Bar No. 102243)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205
190 East Capitol Street, Suite 100
Jackson, MS 39201
(601) 948-3101
cbailey@brunini.com
tjones @brunini.com
khowell@brunini.com

Douglas T. Miracle (Miss. Bar No. 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, MS 39205-0220
(601) 359-5654
doug.miracle@ago.ms.gov

John G. Wheeler (Miss. Bar No. 8622)
Michael Chase (Miss. Bar No. 5969)
MITCHELL, MCNUTT & SAMS, P.A.
105 South Front Street
Post Office Box 7120
Tupelo, MS 38802-7120
(662) 842-3871
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

*Attorneys for Defendants*

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter without prejudice subject to Plaintiffs' right to reinstate it.

IT IS SO ORDERED, this 19th day of October, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE